```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
              CIVIL NO. 04-3428 (PAM/RLE)
```

UNITED STATES OF AMERICA,    )
                             )
              PLAINTIFF,     )
                             )    DEFAULT JUDGMENT AND
V.                           )    FINAL ORDER OF FORFEITURE
                             )
$14,973.00 IN U.S. CURRENCY, )
                             )
              DEFENDANT.     )

Based on the motion of the United States for default judgment against all unknown persons and entities having an interest in the defendant currency and for an order forfeiting $13,473.00 of the defendant currency to the United States free and clear of any and all claims; on all the files and records in this action; and on Court's finding as follows that:

1.   on July 28, 2004, the United States filed a Complaint for Forfeiture *In Rem* with supporting Affidavit of U.S. Postal Inspector Kathryn Nichols against the defendant currency;

2.   a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on July 28, 2004, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint for Forfeiture *In Rem*, and Warrant of Arrest and Notice *In Rem*; and to give due notice to them to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant currency within 30 days

from the date of service and an answer to the Complaint for Forfeiture *In Rem* within 20 days from the filing date of the verified statement;

3. the United States Attorney's Office published notice of the forfeiture action in *Finance and Commerce*, Minneapolis, Minnesota, on August 7, 14 and 21, 2004, to give notice to all unknown interested persons and entities of the verified statement of interest and answer requirements;

4. the United States Marshal served Todd John Lakoskey, personally and through his attorney, with a Summons and copies of the Complaint for Forfeiture with supporting Affidavit and Warrant of Arrest and Notice *In Rem*;

5. Todd John Lakoskey filed a timely verified statement of interest in the defendant currency as owner and an answer to the Complaint for Forfeiture *In Rem*;

6. no other person or entity has filed a verified statement or answer to the Complaint for Forfeiture *In Rem*, and the time for filing them has expired; and

7. by Stipulation for Settlement of Claims, the United States of America and Claimant Todd John Lakoskey have agreed to the settlement of this action;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against all unknown persons and entities having an interest in the defendant currency;

2. $13,473.00 of the defendant currency is forfeited to the United States free and clear of any and all claims by the defaulted persons and entities and by Claimant Todd John Lakoskey for disposition in accordance with law;

3. $1,500.00 of the defendant currency shall be returned to Claimant Todd John Lakoskey in accordance with the Stipulation for Settlement of Claims; and

4. all other terms of the Stipulation for Settlement of Claims between the United States of America and Claimant Todd John Lakoskey shall be effected.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 6, 2005                    s/Paul A. Magnuson
                                       PAUL A. MAGNUSON, Judge
                                       United States District Court